ANDREW D. WOLL (SBN 085347)
THE LAW OFFICE OF ANDREW D. WOLL
550 MAIN ST., SUITE B1B
PLACERVILLE, CA 95667

530-626-7654
awoll@andrewwoll.com
No Consent to Fax Service

Attorneys for Plaintiff Dena Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA PEREZ<br><br>         Plaintiff,<br><br>   v.<br><br><br>CITY OF PLACERVILLE, ET AL.<br><br><br><br>         Defendants. | NO. **2:07-CV-00927-FCD-GGH**<br><br>STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT GEORGE NIELSEN ONLY |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice as to defendant George Nielsen, only, pursuant to FRCP 41 (a) (1). The parties agree that as to this defendant, only, the parties shall each bear their own costs and fees.

STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT
GEORGE NIELSEN ONLY
Page -1-

So stipulated:

_____/s/_____
DATED            ANDREW D. WOLL, ESQ.
                 ATTORNEY FOR PLAINTIFF, DENA PEREZ


So Stipulated:


_____/s/_____
DATED            GAYLE K. TONON
                 ATTORNEY FOR DEFENDANTS
                 City of Placerville, George Nielsen, and Christian Beyer


IT IS SO ORDERED:


DATED: May 16, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT
GEORGE NIELSEN ONLY
Page -2-