**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENA PEREZ, an individual,, | ) Case No.2:07-cv-00927-FCD-KJM |
| Plaintiff, | ) |
| vs. | ) **ORDER FOR DEFENDANTS' REQUESTED EXTENSION OF THE LENGTH OF PAGES IN THE MOVING PAPERS RE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CITY OF PLACERVILLE, and CHRISTIAN BYERS, | ) |
| Defendants. | ) |

The request of the Defendants, CITY OF PLACERVILLE, and CHRISTIAN BEYER, for a page extension to prepare the Motion for Summary Judgment is hereby GRANTED.  Defendants are allowed thirty-five (35) pages for the moving papers.  Plaintiff is allowed thirty-five (35) pages for the opposition.  Defendants' reply shall not exceed twenty (20) pages.

/////

/////

/////

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     IT IS SO ORDERED.

Dated: June 5, 2008

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

(COP7001)P06048.Orderpageext

PDF created with pdfFactory trial version www.pdffactory.com