UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DENA PEREZ,

        Plaintiff,

    v.

CITY OF PLACERVILLE, et al.,

        Defendants.

NO. CIV. S-07-0927 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE
RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on defendants' Supplemental Motion for Summary Judgment is continued to January 30, 2009 at 10:00 a.m. Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than January 16, 2009.  Defendants may file and serve a reply on or before January 23, 2009.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 78-230(c).

///

3. Plaintiff's counsel shall file his response to the order to show cause on or before January 16, 2009.

4. A hearing on the order to show cause, if necessary, will follow the hearing on defendants' Supplemental Motion for Summary Judgment.

IT IS SO ORDERED.

DATED: January 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE