Law Offices of
**TONON & ASSOCIATES**
Post Office Box 2536
Truckee, California 96160
Tel. (530) 587-0333
Fax. (530) 587-1545
Gayle K. Tonon, Esq. (SBN 110427)

Attorneys for Defendants: City of Placerville, Christian Beyer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA PEREZ, an individual, | Case No. 2:07-cv-000927-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| CITY OF PLACERVILLE, GEORGE NIELSEN and CHRISTIAN BEYER, | |
| Defendants. | |
| | COMPLAINT FILED: 05/16/2007 |
| | TRIAL DATE:     01/26/2010 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 17, 2009            **LAW OFFICE OF ANDREW D. WOLL**


                                By: _/s/Andrew D. Woll_____
                                    ANDREW D. WOLL, ESQ.
                                    Attorney for Plaintiff,
                                    DENA PEREZ

-1-

STIPULATION AND ORDER FOR DISMISSAL

```
 1  Dated: June 17, 2009              LAW OFFICE OF PETER B. TIEMANN
 2
 3
                                      By: _/s/Peter B. Tiemann_____
 4                                        PETER B. TIEMANN, ESQ.
                                          Attorney for Plaintiff,
 5                                        DENA PEREZ
 6
    Dated: June 11, 2009              TONON & ASSOCIATES
 7
 8
                                      By: _/s/Gayle K. Tonon_____
 9                                        GAYLE K. TONON, ESQ.
10                                        Attorney for Defendants,
                                          CITY OF PLACERVILLE and
11                                        CHRISTIAN BEYER
12
13      IT IS SO ORDERED.
14
15  DATED: July 7, 2009
16                                    _____
                                      FRANK C. DAMRELL, JR.
17                                    UNITED STATES DISTRICT JUDGE
18
...
27  (COP7001)P06109.Dismissal
28
```

-2-

STIPULATION AND ORDER FOR DISMISSAL